1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| NORTH ATLANTIC OPERATING COMPANY, INC.; NATIONAL TOBACCO COMPANY, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> MANISH NAHAL; ASHISH NAHAL; GURBAX SINGH; SANJAY SURI; GAURAB IMPORT HOUSE; J IMPORT HOUSE; GAURAB WHOLESELLERS; ABSOLUTE SMOKE SHOP, AKA CORONA LEATHER; PIONEER IMPORTS; D K IMPORT HOUSE; and JOHN DOES #1 thru #99 <br><br> Defendants. | CASE NO. ED CV 13-02234 VAP (DTBx) <br><br> Hon. Virginia A. Phillips <br> Courtroom 2 <br><br> [~~PROPOSED~~] **PERMANENT INJUNCTION** <br><br> Action Filed: December 5, 2013 <br> Trial Date:    None Set |

The Court, having considered the Joint Stipulation for Entry of Permanent Injunction as to Defendants Gurbax Singh Bhasin and Harjinder Kaur Bhasin (the "Bhasins"), entered into by and between the Bhasins and Plaintiffs North Atlantic Operating Company, Inc. ("NAOC") and National Tobacco Company, L.P. ("NTC") (together, "North Atlantic" or "Plaintiffs"), and for good cause appearing,

**IT IS HEREBY ORDERED THAT**:

Pursuant to FRCP 65 and the Lanham Act, 15 U.S.C. § 1501 *et seq.*, the Bhasins, and any of their affiliates, officers, agents, servants, attorneys, employees, or other representatives, and all other persons or entities in active concert or participation with them, who receive actual notice of this order by personal service or otherwise, are hereby permanently enjoined and restrained from, directly or indirectly, anywhere in the world ("Permanent Injunction"):

a) Improperly using any of the ZIG-ZAG® or NAOC® Trademarks, or any name, or any marks similar thereto, or the NAOC© Copyright, in connection with the manufacture, sale, offer for sale, distribution, advertisement, or any other use, of Cigarette Paper Products or related goods;

b) Using any logo, trade name, trademark, or trade dress similar to any of the ZIG-ZAG® or NAOC® Trademarks, or the NAOC© Copyright, which may be calculated to falsely represent or which has the effect of falsely representing that the sale of any counterfeit or infringing ZIG-ZAG® brand product, or any counterfeit or infringing packaging for same, is sold under the control or supervision of North Atlantic, when it is not;

c) Selling, passing off, inducing or enabling others to sell or pass off any products, including without limitation ZIG-ZAG® Orange or ZIG-ZAG® White, as North Atlantic goods or as produced by or for North Atlantic, which are not North Atlantic's goods, or are not sold under the control or supervision of North Atlantic;

d) Committing any acts calculated to cause purchasers to believe that counterfeit or infringing ZIG-ZAG® brand products are sold under the control or supervision of North Atlantic, when they are not;

e) Directly or indirectly importing, manufacturing, distributing, advertising, promoting, making, purchasing, offering for sale or selling any counterfeit or infringing ZIG-ZAG® products, or any counterfeit or infringing packaging for same;

f) Infringing any of the ZIG-ZAG® Trademarks or the NAOC® Trademarks, or the NAOC© Copyright;

g) Otherwise unfairly competing with North Atlantic in the manufacture, sale, offering for sale, distribution, advertisement, or any other use of Cigarette Paper Products;

h) Using any reproduction, counterfeit, copy, or colorable imitation of any of the ZIG-ZAG® or NAOC® Trademarks, or the NAOC© Copyright, in connection with the publicity, promotion, sale or advertising of Cigarette Paper Products or related goods;

i) Affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation including words or other symbols tending to falsely describe or represent such goods as being North Atlantic goods, when they are not, and from offering such goods in commerce;

j) Diluting any of the ZIG-ZAG® Trademarks or the NAOC® Trademarks;

k) Destroying any records documenting the manufacture, advertising, receipt, importation, shipment, purchase, sale, offer for sale, or distribution of any products either purporting to be North Atlantic products or products using any of the ZIG-ZAG® or NAOC® Trademarks, or any word, mark, or symbol similar thereto, or the NAOC© Copyright; and/or

l) Assisting, inducing, enabling, aiding, or abetting any other person or business entity engaging in or performing any of the activities referred in subparagraphs a-k, above.

**IT IS SO ORDERED.**

Dated:  March 28, 2014_____

          The Honorable Virginia A. Phillips
          United States District Court Judge