1

2

3

4

5

6

7

8

9

10

11

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| NORTH ATLANTIC OPERATING COMPANY, INC.; NATIONAL TOBACCO COMPANY, L.P., | CASE NO. ED CV 13-02234 VAP (DTBx) |
| Plaintiffs, | Hon. Virginia A. Phillips Courtroom 2 |
| v. | **PERMANENT INJUNCTION** |
| MANISH NAHAL; ASHISH NAHAL; GURBAX SINGH; SANJAY SURI; GAURAB IMPORT HOUSE; J IMPORT HOUSE; GAURAB WHOLESELLERS; ABSOLUTE SMOKE SHOP, AKA CORONA LEATHER; PIONEER IMPORTS; D K IMPORT HOUSE; and JOHN DOES #1 thru #99 | Action Filed:  December 5, 2013 Trial Date:      March 31, 2015 |
| Defendants. | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] PERMANENT INJUNCTION

8878412-v1

1    The Court, having considered the Joint Stipulation for Entry of Permanent

2 Injunction as to Defendants Manish Nahal, Pioneer Imports, Ashish Nahal, D K

3 Import House, Gaurab Import House, Gaurab Wholesellers, J Import House, and

4 Absolute Smoke Shop, aka Corona Leather ("Defendants"), entered into by and

5 between Defendants and Plaintiffs North Atlantic Operating Company, Inc.

6 ("NAOC") and National Tobacco Company, L.P. ("NTC") (together, "North

7 Atlantic" or "Plaintiffs"), and for good cause appearing, **IT IS HEREBY**

8 **ORDERED THAT**:

9    Pursuant to FRCP 65 and the Lanham Act, 15 U.S.C. § 1501 *et seq.*,

10 Defendants, and any of their affiliates, officers, agents, servants, attorneys,

11 employees, or other representatives, and all other persons or entities in active

12 concert or participation with them, who receive actual notice of this order by

13 personal service or otherwise, are hereby permanently enjoined and restrained

14 from, directly or indirectly, anywhere in the world ("Permanent Injunction"):

15    a) Improperly using any of the ZIG-ZAG® or NAOC® Trademarks, or any

16       name, or any marks similar thereto, or the NAOC© Copyright, in connection

17       with the manufacture, sale, offer for sale, distribution, advertisement, or any

18       other use, of Cigarette Paper Products or related goods;

19    b) Using any logo, trade name, trademark, or trade dress similar to any of the

20       ZIG-ZAG® or NAOC® Trademarks, or the NAOC© Copyright, which may

21       be calculated to falsely represent or which has the effect of falsely

22       representing that the sale of any counterfeit or infringing ZIG-ZAG® brand

23       product, or any counterfeit or infringing packaging for same, is sold under

24       the control or supervision of North Atlantic, when it is not;

25    c) Selling, passing off, inducing or enabling others to sell or pass off any

26       products, including without limitation ZIG-ZAG® Orange or ZIG-ZAG®

27       White, as North Atlantic goods or as produced by or for North Atlantic,

28

1

[PROPOSED] PERMANENT INJUNCTION

1    which are not North Atlantic's goods, or are not sold under the control or
2    supervision of North Atlantic;

3    d) Committing any acts calculated to cause purchasers to believe that
4       counterfeit or infringing ZIG-ZAG® brand products are sold under the
5       control or supervision of North Atlantic, when they are not;

6    e) Directly or indirectly importing, manufacturing, distributing, advertising,
7       promoting, making, purchasing, offering for sale or selling any counterfeit or
8       infringing ZIG-ZAG® products, or any counterfeit or infringing packaging
9       for same;

10   f) Infringing any of the ZIG-ZAG® Trademarks or the NAOC® Trademarks,
11      or the NAOC© Copyright;

12   g) Otherwise unfairly competing with North Atlantic in the manufacture, sale,
13      offering for sale, distribution, advertisement, or any other use of Cigarette
14      Paper Products;

15   h) Using any reproduction, counterfeit, copy, or colorable imitation of any of
16      the ZIG-ZAG® or NAOC® Trademarks, or the NAOC© Copyright, in
17      connection with the publicity, promotion, sale or advertising of Cigarette
18      Paper Products or related goods;

19   i) Affixing, applying, annexing, or using in connection with the sale of any
20      goods, a false description or representation including words or other symbols
21      tending to falsely describe or represent such goods as being North Atlantic
22      goods, when they are not, and from offering such goods in commerce;

23   j) Diluting any of the ZIG-ZAG® Trademarks or the NAOC® Trademarks;

24   k) Destroying any records documenting the manufacture, advertising, receipt,
25      importation, shipment, purchase, sale, offer for sale, or distribution of any
26      products either purporting to be North Atlantic products or products using
27      any of the ZIG-ZAG® or NAOC® Trademarks, or any word, mark, or
28      symbol similar thereto, or the NAOC© Copyright; and/or

2

[PROPOSED] PERMANENT INJUNCTION

8878412-v1

1    l)   Assisting, inducing, enabling, aiding, or abetting any other person or

2         business entity engaging in or performing any of the activities referred in

3         subparagraphs a-k, above.

4

5    **IT IS SO ORDERED.**

6

7

8    Dated:  January 21, 2015

9                                          The Honorable Virginia A. Phillips
                                           United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

[PROPOSED] PERMANENT INJUNCTION