1  VENABLE LLP
   Marcella Ballard (Admitted *Pro Hac Vice*)
2  Email:    mballard@venable.com
   1270 Avenue of the Americas, 25th Floor
3  New York, NY 10020
   Telephone:  (212) 307-5500
4  Facsimile:  (212) 307-5598

5  VENABLE LLP
   Melissa C. McLaughlin (SBN 273619)
6  Email:    mcmclaughlin@venable.com
   2049 Century Park East, Suite 2100
7  Los Angeles, CA  90067
   Telephone:  (310) 229-9900
8  Facsimile:  (310) 229-9901

9  Attorneys for Plaintiffs
   North Atlantic Operating Company, Inc.
10 and National Tobacco Company, L.P.

11          UNITED STATES DISTRICT COURT
12       FOR THE CENTRAL DISTRICT OF CALIFORNIA
13                  EASTERN DIVISION

| | |
|---|---|
| NORTH ATLANTIC OPERATING COMPANY, INC.; NATIONAL TOBACCO COMPANY, L.P., | CASE NO. ED CV 13-02234 VAP (DTBx) |
| Plaintiffs, | Hon. Virginia A. Phillips<br>Courtroom 2 |
| v. | **STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |
| MANISH NAHAL; ASHISH NAHAL; GURBAX SINGH; SANJAY SURI; GAURAB IMPORT HOUSE; J IMPORT HOUSE; GAURAB WHOLESELLERS; ABSOLUTE SMOKE SHOP, AKA CORONA LEATHER; PIONEER IMPORTS; D K IMPORT HOUSE; and JOHN DOES #1 thru #99 | Action Filed:  December 5, 2013<br>Trial Date:     March 31, 2015 |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs North Atlantic Operating Company, Inc. ("NAOC") and National Tobacco Company, L.P. ("NTC") (together, "Plaintiffs"); Defendants Manish Nahal, Pioneer Imports, Ashish Nahal, D K Import House, Gaurab Import House, J Import House, Gaurab Wholesellers, and Absolute Smoke Shop, aka Corona Leather (together, "Defendants"); and Sanjay Suri ("Suri") (Plaintiffs and Defendants shall collectively be referred to herein as the "Parties"); hereby stipulate as follows:

WHEREAS, the Parties have settled this action and, as a condition of their settlement, Defendants have agreed to the entry of a permanent injunction;

WHEREAS, this Court entered the permanent injunction against Defendants on January 21, 2015 (Dkt. 109);

WHEREAS, as a condition of the Parties' settlement, Plaintiffs agreed to dismiss their claims against Defendants without prejudice;

THEREFORE, the Parties stipulate and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs voluntarily dismiss this action in its entirety without prejudice.  Plaintiffs, Defendants, and Suri waive any right to recover any attorneys' fees or costs from each other in connection with the above-captioned action upon dismissal.

All Parties who have appeared in this action and who still remain in this action have signed this stipulation below.  All Parties have signed this stipulation by and through their respective attorneys of record, except Suri, who is not represented by counsel and has signed on his own behalf.

Dated: January 27, 2015              VENABLE LLP


                                     By: /s/ Melissa C. McLaughlin

1

|   |   |   |
|---|---|---|
| 1 |   | Marcella Ballard (Admitted *Pro Hac Vice*) |
| 2 |   | Melissa C. McLaughlin |
| 3 |   | Attorneys for Plaintiffs North Atlantic Operating Company, Inc. and |
| 4 |   | National Tobacco Company, L.P. |
| 8 | Dated: December 16, 2014 | LAW OFFICES OF KEITH A. KELLY |
| 10 |   | By: /s/ Keith A. Kelly |
| 11 |   | Keith A. Kelly |
| 12 |   | Attorneys for Defendants Manish Nahal and Pioneer Imports |
| 15 | Dated: December 16, 2014 | CKB VIENNA LLP |
| 17 |   | By: /s/ Michael I. Kim |
| 18 |   | Michael I. Kim |
| 19 |   | Attorneys for Ashish Nahal, D K Import House, Gaurab Import House, Gaurab Wholesellers, J Import House, and Absolute Smoke Shop, aka Corona Leather |
| 24 | Dated: December 16, 2014 | SANJAY SURI |

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that Keith A. Kelly, counsel for Defendants Manish Nahal and Pioneer Imports, and Michael I. Kim, counsel for Defendants Ashish Nahal, D K Import House, Gaurab Import House, Gaurab Wholesellers, J Import House, and Absolute Smoke Shop, aka Corona Leather, concur in the content of this filing and have authorized the filing.

Dated: January 27, 2015                VENABLE LLP

By: /s/ Melissa C. McLaughlin
Marcella Ballard (Admitted *Pro Hac Vice*)
Melissa C. McLaughlin
Attorneys for Plaintiffs North Atlantic Operating Company, Inc. and National Tobacco Company, L.P.

IT IS SO ORDERED.
DATED: Feb 5 2015

[signature]
UNITED STATES DISTRICT JUDGE